In the Matter of the Probate of the Will of MATILDA TURNER, Deceased.

JOHN TURNER et al., Appellants; JAMES E. TURNER et al., Respondents.

(Submitted September 30, 1912; decided October 8, 1912.)

MOTIONS to amend remittitur.   (See 206 N. Y. 93.)

Motion by special guardian to amend remittitur by allowing him the costs already awarded to him in the lower courts, together with taxable costs and disbursements in this court, granted.

Motion by attorney for adult owners to be allowed costs denied, without costs.